B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Triple S Tire Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**35-1605911** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**405  S 9th St**<br>**Elwood, IN**<br>ZIP Code **46036** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Madison** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                                  Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Triple S Tire Co., Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

    ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____

        (Name of landlord that obtained judgment)

        _____

        (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Triple S Tire Co., Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ KC Cohen**
Signature of Attorney for Debtor(s)

**KC Cohen 04310-49**
Printed Name of Attorney for Debtor(s)

**KC Cohen, Lawyer, PC**
Firm Name

**151 N Delaware St., Ste. 1106**
**Indianapolis, IN 46204**

_____
Address

**Email: kc@esoft-legal.com**
**3177151845  Fax: 3179160406**
Telephone Number

**January  8, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Scott Stanley**
Signature of Authorized Individual

**Scott Stanley**
Printed Name of Authorized Individual

**Secretary**
Title of Authorized Individual

**January  8, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Triple S Tire Co., Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **BRIDGESTONE/FIRESTONE, INC.**<br>**P.O. BOX 73418**<br>**CHICAGO, IL 60673-7418** | **BRIDGESTONE/FIRESTONE, INC.**<br>**P.O. BOX 73418**<br>**CHICAGO, IL 60673-7418** | **amounts due on account in ordinary course of business transaction** | | 407,224.64 |
| **C&M GIANT TIRE, INC.**<br>**980 W NEW CIRCLE RD**<br>**LEXINGTON, KY 40511** | **C&M GIANT TIRE, INC.**<br>**980 W NEW CIRCLE RD**<br>**LEXINGTON, KY 40511** | **amounts due on account in ordinary course of business transaction** | | 692,900.00 |
| **CAPITAL TIRE, INC. TOLEDO**<br>**1001 CHERRY STREET**<br>**TOLEDO, OH 43608** | **CAPITAL TIRE, INC. TOLEDO**<br>**1001 CHERRY STREET**<br>**TOLEDO, OH 43608** | **amounts due on account in ordinary course of business transaction** | | 43,029.52 |
| **CENTRAL INDIANA TIRE & RETREADING**<br>**1051 S. LACLEDE ST.**<br>**INDIANAPOLIS, IN 46241** | **CENTRAL INDIANA TIRE & RETREADING**<br>**1051 S. LACLEDE ST.**<br>**INDIANAPOLIS, IN 46241** | **amounts due on account in ordinary course of business transaction** | | 9,023.13 |
| **COMMUNITY TIRE RETREADING**<br>**2501 ADIE ROAD**<br>**MARYLAND HEIGHT, MO 63043** | **COMMUNITY TIRE RETREADING**<br>**2501 ADIE ROAD**<br>**MARYLAND HEIGHT, MO 63043** | **amounts due on account in ordinary course of business transaction** | | 37,485.70 |
| **FROST BROWN TODD LLC**<br>**P.O. BOX 44961**<br>**INDIANAPOLIS, IN 46244-0961** | **FROST BROWN TODD LLC**<br>**P.O. BOX 44961**<br>**INDIANAPOLIS, IN 46244-0961** | **amounts due on account in ordinary course of business transaction** | | 11,576.08 |
| **GATEWAY TIRE CO. INC.**<br>**P.O. BOX 46425**<br>**CINCINNATI, OH 45246** | **GATEWAY TIRE CO. INC.**<br>**P.O. BOX 46425**<br>**CINCINNATI, OH 45246** | **amounts due on account in ordinary course of business transaction** | | 23,406.65 |
| **GOOD TIRE SERVICE**<br>**336 TROY HILL ROAD**<br>**KITTANNING, PA 16201** | **GOOD TIRE SERVICE**<br>**336 TROY HILL ROAD**<br>**KITTANNING, PA 16201** | **amounts due on account in ordinary course of business transaction** | | 21,350.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Triple S Tire Co., Inc.**                 Case No.

                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| GYTR<br>GOODYEAR TIRE AND RUBBER COMPANY<br>PO BOX 92489<br>CHICAGO, IL 60675-2489 | GYTR<br>GOODYEAR TIRE AND RUBBER COMPANY<br>PO BOX 92489<br>CHICAGO, IL 60675-2489 | amounts due on account in ordinary course of business transaction | | 614,587.45 |
| K&M TIRE<br>LTZ<br>1124 TRUE ST<br>TOLEDO, OH 43607 | K&M TIRE<br>LTZ<br>1124 TRUE ST<br>TOLEDO, OH 43607 | amounts due on account in ordinary course of business transaction | | 11,528.72 |
| MAXAM TIRE | MAXAM TIRE | amounts due on account in ordinary course of business transaction | | 60,241.54 |
| MICHELIN NORTH AMERICA, INC.<br>12398 COLLECTIONS CENTER DR<br>CHICAGO, IL 06069-3000 | MICHELIN NORTH AMERICA, INC.<br>12398 COLLECTIONS CENTER DR<br>CHICAGO, IL 06069-3000 | amounts due on account in ordinary course of business transaction | | 198,844.20 |
| MITCO (MITCHELL INDUSTRIAL TIRE CO. INC)<br>PO BOX 9537<br>CHATTANOOGA, TN 37412 | MITCO (MITCHELL INDUSTRIAL TIRE CO. INC)<br>PO BOX 9537<br>CHATTANOOGA, TN 37412 | amounts due on account in ordinary course of business transaction | | 42,411.44 |
| PURCELL TIRE & RUBBER CO.<br>PO BOX 503649<br>ST. LOUIS, MO 63150-3649 | PURCELL TIRE & RUBBER CO.<br>PO BOX 503649<br>ST. LOUIS, MO 63150-3649 | amounts due on account in ordinary course of business transaction | | 102,905.61 |
| TITAN TIRE CORPORATION<br>4483 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-0044 | TITAN TIRE CORPORATION<br>4483 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-0044 | amounts due on account in ordinary course of business transaction | | 27,265.66 |
| TOPY AMERICA, INC.<br>1200 MARK STREET<br>ELK GROVE VILLAGE, IL 60007 | TOPY AMERICA, INC.<br>1200 MARK STREET<br>ELK GROVE VILLAGE, IL 60007 | amounts due on account in ordinary course of business transaction | | 23,716.78 |
| TY CUSHION TIRES LLC<br>2275 E FRANCIS ST<br>ONTARIO, CA 91761 | TY CUSHION TIRES LLC<br>2275 E FRANCIS ST<br>ONTARIO, CA 91761 | amounts due on account in ordinary course of business transaction | | 7,740.00 |
| YOKOHAMA TIRE CORP<br>7859 SOLUTION CENTER<br>CHICAGO, IL 60677-7008 | YOKOHAMA TIRE CORP<br>7859 SOLUTION CENTER<br>CHICAGO, IL 60677-7008 | amounts due on account in ordinary course of business transaction | | 385,354.95 |
| ZUKOWSKI, BRESENHAN, SINEX,& PETRY, L.L.<br>ATTORNEYS AT LAW<br>SUITE 1100<br>HOUSTON, TX 77027 | ZUKOWSKI, BRESENHAN, SINEX,& PETRY, L.L.<br>ATTORNEYS AT LAW<br>SUITE 1100<br>HOUSTON, TX 77027 | amounts due on account in ordinary course of business transaction | | 11,711.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Triple S Tire Co., Inc.**                                            Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **ZURCHER TIRE**<br>**101 NORTH POLK**<br>**MONROE, IN 46772** | **ZURCHER TIRE**<br>**101 NORTH POLK**<br>**MONROE, IN 46772** | **amounts due on account in ordinary course of business transaction** | | **16,113.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January  8, 2015**                              Signature   **/s/ Scott Stanley**
                                                                     **Scott Stanley**
                                                                     **Secretary**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re  **Triple S Tire Co., Inc.**                                          ,          Case No. _____
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | see attached list for detail of tire inventory | | | | | |
| **Bridgeste/Firestone 535 Marriott Dr Nashville, TN 37214** | | | - | | | | | | |
| | | | | Value $         3,729,703.00 | | | | 407,224.00 | 0.00 |
| Account No. | | | | see attached list for detail of tire inventory | | | | | |
| **Goodyear Tire and Rubber Company 403 Main St., Ste. 605 Buffalo, NY 14203** | | | - | | | | | | |
| | | | | Value $         3,729,703.00 | | | | 615,587.00 | 0.00 |
| Account No. | | | | see attached list for detail of tire inventory | | | | | |
| **Keybank 327 South Main Street Bryan, OH 43506** | X | | - | | | | | | |
| | | | | Value $         3,729,703.00 | | | | 1,630,725.00 | 0.00 |
| Account No. | | | | **Blanket Lien on all Assets** accounts receivable at estimated collectible value per attached detail | | | | | |
| **Keybank 327 South Main Street Bryan, OH 43506** | | | - | | | | | | |
| | | | | Value $         2,105,327.00 | | | | 119,275.00 | 0.00 |

___2___  continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 2,772,811.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Triple S Tire Co., Inc.** ,                                      Case No. _____
                                             Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michelin North America, Inc.**<br>**POB 19001**<br>**Greenville, SC 29602-9001** | - | | **see attached list for detail of tire inventory**<br><br><br>Value $          **3,729,703.00** | | | | **198,844.00** | **0.00** |
| Account No.<br><br>**TCF Equipment Finance, Inc.**<br>**11100 Wayzata Blvd**<br>**Hopkins, MN 55305** | - | | **Purchase Money Security**<br><br>**2007 kenworth box truck**<br><br>Value $          **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**TCF Equipment Finance, Inc.**<br>**11100 Wayzata Blvd**<br>**Hopkins, MN 55305** | - | | **Purchase Money Security**<br><br>**machine assembly for installing tire tubes**<br><br>Value $          **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**TCF Equipment Finance, Inc.**<br>**11100 Wayzata Blvd**<br>**Hopkins, MN 55305** | - | | **Purchase Money Security**<br><br>**2008 international tire truck**<br><br>Value $          **0.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**TCF Equipment Finance, Inc.**<br>**11100 Wayzata Blvd**<br>**Hopkins, MN 55305** | - | | **Purchase Money Security**<br><br>**2007 freightliner tire truck**<br><br>Value $          **0.00** | | | | **Unknown** | **Unknown** |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          **198,844.00**          **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Triple S Tire Co., Inc.**
_____,    Case No. _____
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Purchase Money Security** | | | | | |
| **TCF Equipment Finance, Inc.** **11100 Wayzata Blvd** **Hopkins, MN 55305** | | - | **2013 freightliner tire truck** | | | | | |
| | | | Value $            0.00 | | | | **Unknown** | **Unknown** |
| Account No. | | | **see attached list for detail of tire inventory** | | | | | |
| **Topy America Inc.** **980 Chenault Rd** **Frankfort, KY 40601** | | - | | | | | | |
| | | | Value $        3,729,703.00 | | | | **23,716.00** | **0.00** |
| Account No. | | | **see attached list for detail of tire inventory** | | | | | |
| **Yokohama Tire Corporation** **POB 4550** **Fullerton, CA 92834-4550** | | - | | | | | | |
| | | | Value $        3,729,703.00 | | | | **385,354.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **2**  of  **2**   continuation sheets attached to    Subtotal    | **409,070.00** | **0.00** |
Schedule of Creditors Holding Secured Claims    (Total of this page)

Total    | **3,380,725.00** | **0.00** |
(Report on Summary of Schedules)

B6E (Official Form 6E) (4/13)

.

In re    **Triple S Tire Co., Inc.**                                  ,         Case No. _____
                                            **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>  **0**  </u> continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Triple S Tire Co., Inc.**                                              ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **00001193854**<br><br>**ACC BUSINESS<br>P.O. BOX 105306<br>ATLANTA, GA 30348-5306** | - | | 12/27/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 494.38 |
| Account No.<br><br>**ADVANTAGE ONE TIRE NETWORK, LLC<br>6515 OLIVIA LANE<br>INDIANAPOLIS, IN 46226** | - | | 12/24/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 4,013.60 |
| Account No.<br><br>**ALLIANCE TIRE COMPANY<br>LOCKBOX 774507<br>4507 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4005** | - | | 12/10/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 3,140.00 |
| Account No.<br><br>**AMERICAN TIRE DISTRIBUTORS<br>OHIO<br>4520 LESAINT CT.<br>SUITE 5<br>FAIRFIELD, OH 45014** | - | | 12/26/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 4,477.96 |
| __14__   continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 12,125.94 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Triple S Tire Co., Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ARAMARK UNIFORM SERVICES-CINCINNATI PO BOX 12131 CINCINNATI, OH 45212** | - | | 12/31/2014 <br>**amounts due on account in ordinary course of business transaction** | | | | 100.00 |
| Account No. **812 275-5009 476 1** <br><br>**AT & T-BEDFORD PO BOX 5080 CAROL STREAM, IL 60197-5080** | - | | 12/22/2014 <br>**amounts due on account in ordinary course of business transaction** | | | | 126.07 |
| Account No. <br><br>**Auto Wheel & Rim PO BOX 4220 EVANSVILLE, IN 47724** | - | | 12/22/2014 <br>**amounts due on account in ordinary course of business transaction** | | | | 2,865.22 |
| Account No. <br><br>**B & D WASTE REMOVAL INC. 10090 TUNNELTON RD. BEDFORD, IN 47421** | - | | 1/6/2015 <br>**amounts due on account in ordinary course of business transaction** | | | | 130.00 |
| Account No. <br><br>**B&N TECH SUPPLY 7765 STATE ROUTE 656 SUNBURY, OH 43074** | - | | 12/30/2014 <br>**amounts due on account in ordinary course of business transaction** | | | | 179.65 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,400.94

B6F (Official Form 6F) (12/07) - Cont.

In re  **Triple S Tire Co., Inc.**                                        ,        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**BEN TIRE DISTRIBUTORS, LTD**<br>**4841 OLD N. VERNAL PIKE**<br>**BLOOMINGTON, IN 47404** | - | | | **12/30/2014**<br>**amounts due on account in ordinary course of business transaction** | | | | **2,182.03** |
| Account No. <br><br>**BESTONE TIRE OF VINCENNES**<br>**18 S. 6TH ST.**<br>**VINCENNES, IN 47591** | - | | | **12/22/2014**<br>**amounts due on account in ordinary course of business transaction** | | | | **56.00** |
| Account No. <br><br>**BOB SUMEREL TIRE CO., INC.**<br>**PO BOX 633096**<br>**CINCINNATI, OH 45263-3096** | - | | | **12/3/2014**<br>**amounts due on account in ordinary course of business transaction** | | | | **1,611.32** |
| Account No. <br><br>**BOYD & SONS MACHINERY, LLC**<br>**16 S 350 E**<br>**WASHINGTON, IN 47501** | - | | | **12/19/2014**<br>**amounts due on account in ordinary course of business transaction** | | | | **7,245.92** |
| Account No. 601454 <br><br>**BRIDGESTONE/FIRESTONE, INC.**<br>**P.O. BOX 73418**<br>**CHICAGO, IL 60673-7418** | - | | | **12/8/2014**<br>**amounts due on account in ordinary course of business transaction** | | | | **407,224.64** |

Sheet no. __2__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**418,319.91**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Triple S Tire Co., Inc.**                                          ,    Case No. _____
                                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**C&M GIANT TIRE, INC.**<br>**980 W NEW CIRCLE RD**<br>**LEXINGTON, KY 40511** | - | | 1/7/2013<br>**amounts due on account in ordinary course of business transaction** | | | | 692,900.00 |
| Account No.<br><br>**CAPITAL TIRE, INC. TOLEDO**<br>**1001 CHERRY STREET**<br>**TOLEDO, OH 43608** | - | | 12/30/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 43,029.52 |
| Account No.<br><br>**CENTRAL INDIANA TIRE &**<br>**RETREADING**<br>**1051 S. LACLEDE ST.**<br>**INDIANAPOLIS, IN 46241** | - | | 12/17/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 9,023.13 |
| Account No.<br><br>**CHICAGO TIRE/**<br>**16001 S. VAN DRUNEN RD.**<br>**SOUTH HOLLAND, IL 60473** | - | | 12/5/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 3,578.00 |
| Account No.<br><br>**Clark Tire Fishers**<br>**P.O. Box 195**<br>**126th & Reynolds Rd.**<br>**Fishers, IN 46038** | - | | 12/17/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 650.25 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

749,180.90

B6F (Official Form 6F) (12/07) - Cont.

In re __Triple S Tire Co., Inc.__ ,                    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **01727 346630-01-5**<br><br>**COMCAST CABLE OFFICE**<br>**P.O. BOX 3005**<br>**SOUTHEASTERN, PA 19398-3005** | - | | 12/14/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 229.29 |
| Account No. **01727 160333-02-7**<br><br>**COMCAST CABLE SHOP**<br>**P.O. BOX 3005**<br>**SOUTHEASTERN, PA 19398-3005** | - | | 12/14/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 226.45 |
| Account No.<br><br>**COMMUNITY TIRE RETREADING**<br>**2501 ADIE ROAD**<br>**MARYLAND HEIGHT, MO 63043** | | | 12/22/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 37,485.70 |
| Account No.<br><br>**DAVIESS CO. TIRE**<br>**879 S STATE ROAD 57, PO BOX 289**<br>**WASHINGTON, IN 47501** | - | | 12/31/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 209.83 |
| Account No.<br><br>**DELTA FIRST CORP.**<br>**105 BUCKNELL CT.**<br>**ATLANTA, GA 30336-2402** | - | | 11/20/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 3,481.92 |

Sheet no. __4__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           41,633.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Triple S Tire Co., Inc.** ,                     Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DORAN MFG LLC**<br>**2851 MASSACHUSETTS AVE**<br>**CINCINNATI, OH 45225** | - | | **9/15/2014**<br>**amounts due on account in ordinary course of business transaction** | | | | **438.92** |
| Account No.<br><br>**DUKE ENERGY**<br>**PO BOX 1326**<br>**CHARLOTTE, NC 28201-1326** | - | | **12/29/2014**<br>**amounts due on account in ordinary course of business transaction** | | | | **122.90** |
| Account No.<br><br>**ENTECH**<br>**10440 COUNTY ROAD 2**<br>**MIDDLEBURY, IN 46540** | - | | **12/18/2014**<br>**amounts due on account in ordinary course of business transaction** | | | | **1,665.00** |
| Account No.<br><br>**FREIGHTLINER-WESTERN STAR**<br>**325 RUSHER CREEK RD**<br>**EVANSVILLE, IN 47725** | - | | **12/11/2014**<br>**amounts due on account in ordinary course of business transaction** | | | | **2,778.90** |
| Account No.<br><br>**Frontier-Castalia**<br>**PO Box 20550**<br>**Rochester, NY 14602-0550** | - | | **12/28/2014**<br>**amounts due on account in ordinary course of business transaction** | | | | **371.80** |

Sheet no. __5__ of __14__ sheets attached to Schedule of          Subtotal          **5,377.52**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Triple S Tire Co., Inc.**
_____ ,          Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**FROST BROWN TODD LLC**<br>**P.O. BOX 44961**<br>**INDIANAPOLIS, IN 46244-0961** | - | | | | 12/22/2014<br>**amounts due on account in ordinary course of business transaction** | | | | **11,576.08** |
| Account No.<br><br>**FULL CIRCLE HYDRAULICS INC.**<br>**1514 SPRINGFIELD ST.**<br>**DAYTON, OH 45403** | - | | | | 12/11/2014<br>**amounts due on account in ordinary course of business transaction** | | | | **1,493.46** |
| Account No.<br><br>**GATEWAY TIRE CO. INC.**<br>**P.O. BOX 46425**<br>**CINCINNATI, OH 45246** | - | | | | 1/5/2015<br>**amounts due on account in ordinary course of business transaction** | | | | **23,406.65** |
| Account No. **09-85097**<br><br>**GOOD TIRE SERVICE**<br>**336 TROY HILL ROAD**<br>**KITTANNING, PA 16201** | - | | | | 1/5/2015<br>**amounts due on account in ordinary course of business transaction** | | | | **21,350.00** |
| Account No.<br><br>**GOTTMAN**<br>**200 S. MERIDIAN STREET**<br>**WASHINGTON, IN 47501** | - | | | | 10/22/2014<br>**amounts due on account in ordinary course of business transaction** | | | | **7,191.00** |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **65,017.19**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Triple S Tire Co., Inc.**                                         ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | - | | 11/11/2014 amounts due on account in ordinary course of business transaction | | | | |
| **GROWING GREEN R.R. 2 BOX 195 LAWRENCEVILLE, IL 62439** | | | | | | | | 781.26 |
| Account No. | | - | | 12/9/2014 amounts due on account in ordinary course of business transaction | | | | |
| **GYTR GOODYEAR TIRE AND RUBBER COMPANY PO BOX 92489 CHICAGO, IL 60675-2489** | | | | | | | | 614,587.45 |
| Account No. | | - | | 12/27/2014 amounts due on account in ordinary course of business transaction | | | | |
| **K&M TIRE LTZ 1124 TRUE ST TOLEDO, OH 43607** | | | | | | | | 11,528.72 |
| Account No. | | - | | 9/17/2013 amounts due on account in ordinary course of business transaction | | | | |
| **KAUFFMAN TIRE 12000 MOSTELLER RD. #100 CINCINNATI, OH 45241** | | | | | | | | 418.60 |
| Account No. | | - | | 11/15/2014 amounts due on account in ordinary course of business transaction | | | | |
| **LIBERTY TIRE RECYCLING 1251 WATERFRONT PLACE SUITE 400 PITTSBURGH, PA 15222** | | | | | | | | 1,776.98 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

629,093.01

B6F (Official Form 6F) (12/07) - Cont.

In re  **Triple S Tire Co., Inc.** ,         Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MAXAM TIRE** | - | | 12/29/2014 <br> **amounts due on account in ordinary course of business transaction** | | | | 60,241.54 |
| Account No. <br><br> **MICHELIN NORTH AMERICA, INC.** <br> **12398 COLLECTIONS CENTER DR** <br> **CHICAGO, IL 06069-3000** | - | | 1/7/2015 <br> **amounts due on account in ordinary course of business transaction** | | | | 198,844.20 |
| Account No. **11441** <br><br> **MITCO (MITCHELL INDUSTRIAL TIRE CO. INC)** <br> **PO BOX 9537** <br> **CHATTANOOGA, TN 37412** | | | 12/30/2014 <br> **amounts due on account in ordinary course of business transaction** | | | | 42,411.44 |
| Account No. <br><br> **MOHAWK RUBBER SALES of N.E., INC** <br> **P.O. BOX 845965** <br> **BOSTON, MA 02284-5965** | - | | 12/28/2014 <br> **amounts due on account in ordinary course of business transaction** | | | | 3,584.86 |
| Account No. <br><br> **MONROE COUNTY TIRE & SUPPLY** <br> **PO BOX 328** <br> **JASPER, IN 47547-0328** | - | | 10/27/2014 <br> **amounts due on account in ordinary course of business transaction** | | | | 582.24 |

Sheet no. __8__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      305,664.28

B6F (Official Form 6F) (12/07) - Cont.

In re __**Triple S Tire Co., Inc.**_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | 12/23/2014 amounts due on account in ordinary course of business transaction | | | | |
| **NEAL'S MOBILE TRUCK TIRE SERVICE, INC. 2090 OXFORD STATE RD. MIDDLETOWN, OH 45044** | | | | | | | | 5,957.10 |
| Account No. | | - | | 12/17/2014 amounts due on account in ordinary course of business transaction | | | | |
| **ONYETT FABRICATORS, INC. 3377 NORTH STATE RD 57 PETERSBURG, IN 47567** | | | | | | | | 875.00 |
| Account No. | | - | | 11/21/2014 amounts due on account in ordinary course of business transaction | | | | |
| **OTR WHEEL ENGINEERING, INC. P.O. BOX 732068 DALLAS, TX 75373-2068** | | | | | | | | 2,540.00 |
| Account No. | | - | | 1/2/2015 amounts due on account in ordinary course of business transaction | | | | |
| **PACE TIRE SUPPLY PO BOX 1103 HUDSON, OH 44236** | | | | | | | | 1,979.16 |
| Account No. | | - | | 12/30/2014 amounts due on account in ordinary course of business transaction | | | | |
| **POMPS TIRE P.O. Box 1630 Green Bay, WI 54305-1630** | | | | | | | | 3,196.27 |

Sheet no. __**9**___ of __**14**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,547.53

B6F (Official Form 6F) (12/07) - Cont.

In re  **Triple S Tire Co., Inc.**                                                                              ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 12/20/2014 | | | | |
| Praxair Distribution, Inc. Dept. CH 10660 Palatine, IL 60055-0660 | | - | amounts due on account in ordinary course of business transaction | | | | |
| | | | | | | | 1,816.45 |
| Account No. | | | 12/19/2014 | | | | |
| PURCELL TIRE & RUBBER CO. PO BOX 503649 ST. LOUIS, MO 63150-3649 | | - | amounts due on account in ordinary course of business transaction | | | | |
| | | | | | | | 102,905.61 |
| Account No. | | | 10/6/2014 | | | | |
| R+L CARRIERS, INC. P.O. BOX 10020 PORT WILLIAM, OH 45164-2000 | | - | amounts due on account in ordinary course of business transaction | | | | |
| | | | | | | | 329.34 |
| Account No.  04165 | | | 11/20/2014 | | | | |
| SELKING INTERNATIONAL 3801 E McGALLIARD MUNCIE, IN 47303 | | - | amounts due on account in ordinary course of business transaction | | | | |
| | | | | | | | 5,280.58 |
| Account No. | | | 12/30/2014 | | | | |
| SMILEY TIRE RETREADING CO. PO BOX 1147 FREMONT, OH 43420-1147 | | - | amounts due on account in ordinary course of business transaction | | | | |
| | | | | | | | 2,378.22 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

112,710.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **Triple S Tire Co., Inc.**                                          ,          Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SOUTHERN WHEEL AND RIM**<br>**P.O. BOX 910530**<br>**DENVER, CO 80291-0530** | | - | 12/11/2014<br>**amounts due on account in ordinary course of business transaction** | | | | **3,915.00** |
| Account No.<br><br>**SUBURBAN PROPANE-1402**<br>**P.O. BOX F**<br>**WHIPPANY, NJ 07981-0170** | | - | 12/15/2014<br>**amounts due on account in ordinary course of business transaction** | | | | **1,183.10** |
| Account No.<br><br>**TCF EQUIPMENT FINANCE, INC.**<br>**PO BOX 77077**<br>**MINNEAPOLIS, MN 55480-7777** | | - | 12/12/2014<br>**amounts due on account in ordinary course of business transaction** | | | | **7,356.40** |
| Account No.<br><br>**TIRE CENTERS #301**<br>**P.O. BOX 742237**<br>**ATLANTA, GA 30374-2237** | | - | 12/15/2014<br>**amounts due on account in ordinary course of business transaction** | | | | **1,687.95** |
| Account No.<br><br>**TITAN TIRE CORPORATION**<br>**4483 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60674-0044** | | - | 11/26/2014<br>**amounts due on account in ordinary course of business transaction** | | | | **27,265.66** |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**41,408.11**

B6F (Official Form 6F) (12/07) - Cont.

In re **Triple S Tire Co., Inc.** ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**TOPY AMERICA, INC.**<br>**1200 MARK STREET**<br>**ELK GROVE VILLAGE, IL 60007** | - | | 12/1/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 23,716.78 |
| Account No.<br><br>**TRELLEBORG WHEEL SYSTEMS**<br>**3245 SOLUTIONS CENTER**<br>**CHICAGO, IL 60677-3002** | - | | 12/17/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 1,002.98 |
| Account No. **TSTIRE**<br><br>**TY CUSHION TIRES LLC**<br>**2275 E FRANCIS ST**<br>**ONTARIO, CA 91761** | - | | 12/16/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 7,740.00 |
| Account No.<br><br>**UNIFIRST CORP-COLUMBUS**<br>**211 REYN-NEW ALBANY RD**<br>**BLACKLICK, OH 43004** | - | | 12/30/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 234.88 |
| Account No.<br><br>**UNIFIRST CORPORATION -**<br>**EVANSVILLE**<br>**4535 PROFICIENT COURT**<br>**EVANSVILLE, IN 47725** | - | | 12/29/2014<br>**amounts due on account in ordinary course of business transaction** | | | | 1,988.48 |

Sheet no. __12__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    34,683.12

B6F (Official Form 6F) (12/07) - Cont.

In re   **Triple S Tire Co., Inc.**                   ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**UNIFIRST CORPORATION - FRANKLIN**<br>**265 INDUSTRIAL DRIVE**<br>**FRANKLIN, OH 45005** | - | | | **1/5/2015**<br>**amounts due on account in ordinary course of business transaction** | | | | 1,112.43 |
| Account No.<br><br>**UNIFIRST CORPORATION-INDY**<br>**4201 INDUSTRIAL BLVD.**<br>**INDIANAPOLIS, IN 46254** | - | | | **12/23/2014**<br>**amounts due on account in ordinary course of business transaction** | | | | 1,509.79 |
| Account No.<br><br>**VECTREN ENERGY-WASH.**<br>**P.O. BOX 6250**<br>**INDIANAPOLIS, IN 46206-6250** | - | | | **12/19/2014**<br>**amounts due on account in ordinary course of business transaction** | | | | 461.29 |
| Account No.<br><br>**WASHINGTON MUNICIPAL UTILITIES**<br>**P.O. BOX 800**<br>**WASHINGTON, IN 47501** | - | | | **12/19/2014**<br>**amounts due on account in ordinary course of business transaction** | | | | 38.19 |
| Account No.<br><br>**WHEELS...NOW!**<br>**N29 W22798 MARJEAN LN**<br>**WAUKESHA, WI 53186-1015** | - | | | **12/19/2014**<br>**amounts due on account in ordinary course of business transaction** | | | | 4,884.28 |

Sheet no. __13__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    8,005.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **Triple S Tire Co., Inc.**                                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**YOKOHAMA TIRE CORP**<br>**7859 SOLUTION CENTER**<br>**CHICAGO, IL 60677-7008** | - | | **12/5/2014**<br>**amounts due on account in ordinary course of**<br>**business transaction** | | | | **385,354.95** |
| Account No.<br><br>**ZUKOWSKI, BRESENHAN, SINEX,&**<br>**PETRY, L.L.**<br>**ATTORNEYS AT LAW**<br>**SUITE 1100**<br>**HOUSTON, TX 77027** | - | | **11/30/2014**<br>**amounts due on account in ordinary course of**<br>**business transaction** | | | | **11,711.00** |
| Account No.  **CUST. 1001555**<br><br>**ZURCHER TIRE**<br>**101 NORTH POLK**<br>**MONROE, IN 46772** | - | | **12/4/2014**<br>**amounts due on account in ordinary course of**<br>**business transaction** | | | | **16,113.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **413,178.95** |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **2,854,346.77** |

B6G (Official Form 6G) (12/07)

.

In re    **Triple S Tire Co., Inc.**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Triple S Realty, LLC**<br>**405  S 9th St**<br>**Elwood, IN 46036** | **lease for primary operating premises located at**<br>**405 S 9th St, Elwood, IN 46036** |
| **Triple S Realty, LLC**<br>**405  S 9th St**<br>**Elwood, IN 46036** | **lease for primary warehouse facility located at**<br>**2500 S D ST Elwood IN 46036** |
| **Triple S Realty, LLC**<br>**405  S 9th St**<br>**Elwood, IN 46036** | **lease for operating faciltu located in Whitestown,**<br>**IN** |
| **Triple S Realty, LLC**<br>**405  S 9th St**<br>**Elwood, IN 46036** | **lease for operating faciltu located in Washington,**<br>**IN** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Triple S Tire Co., Inc.**
                                       Debtor(s)
    Case No. _____
    Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Secretary of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**68**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January  8, 2015**             Signature    **/s/ Scott Stanley**
                                                     **Scott Stanley**
                                                       **Secretary**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Triple S Tire Co., Inc.** _____   Case No. _____

                                                   Debtor(s)                                Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January  8, 2015** _____        **/s/ Scott Stanley** _____

                                                        **Scott Stanley**/Secretary
                                                        Signer/Title

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Triple S Tire Co., Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Triple S Tire Co., Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January  8, 2015**

Date

**/s/ KC Cohen**

**KC Cohen 04310-49**

Signature of Attorney or Litigant

Counsel for  **Triple S Tire Co., Inc.**

**KC Cohen, Lawyer, PC**
**151 N Delaware St., Ste. 1106**
**Indianapolis, IN 46204**
**3177151845 Fax:3179160406**
**kc@esoft-legal.com**